## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JACKSON OLDHAM,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NUMBER:2:20-CV-1609-GMB ) |
| **TARRANT AUTO LAND, INC.,** | ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Come now the Plaintiff, James Lamar Oldham, and the Defendant, Tarrant Auto Land, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and do hereby stipulate to the dismissal of this cause of action, with prejudice, with costs being taxed to the party incurring same, and as grounds for said Stipulation, the parties would show as follows:

1. The parties have settled this cause of action and entered into a confidential settlement agreement.

2. All costs of court are hereby taxed to the party incurring same, for which let execution issue.

**[ SIGNATURES ON NEXT PAGE ]**

1

Respectfully submitted,

_Jackson lamar oldham_
JACKSON LAMAR OLDHAM, PLAINTIFF

TARRANT AUTO LAND, INC.

BY: _Kenneth D. Branch_
KENNETH BRANCH, VICE-PRESIDENT
DEFENDANT

Drafted and approved by:

_[signature]_
CARL E. CHAMBLEE, JR. (ASB: 7777-C28C)
ATTORNEY FOR DEFENDANT

OF COUNSEL:

CHAMBLEE & MALONE, LLC
5582 APPLE PARK DRIVE
BIRMINGHAM, ALABAMA 35235
(205) 856 – 9111

2