UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKSON OLDHAM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-1609-GMB |
| TARRANT AUTO LAND, INC., | ) |
| Defendant. | ) |

## **ORDER OF DISMISSAL**

The parties have filed a joint stipulation of dismissal that complies with Federal Rule of Civil Procedure 41. Doc. 11. Accordingly, this matter is DISMISSED with prejudice, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE and ORDERED on November 20, 2020.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE